377 A.2d 191

Commonwealth v. Woods, Appellant.

Submitted November 8, 1976.   Ralph J. Cappy, Public Defender, for appellant;  Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.